# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JASON LEE ROBERTS,

    Defendant.

Case No. 2:17-cr-00258-APG-GWF

**Preliminary Order of Forfeiture**

*FILED NOV 30 2017 — CLERK US DISTRICT COURT, DISTRICT OF NEVADA*

This Court finds that defendant Jason Lee Roberts pled guilty to Counts Four and Eleven of a Twenty-Three-Count Criminal Indictment charging him in Count Four with Possession of Stolen Mail, in violation of Title 18, United States Code, Section 1708, and in Count Eleven with Possession of Fifteen or More Counterfeit or Unauthorized Access Devices, in violation of Title 18, United States Code, Section 1029(a)(3). Criminal Indictment, ECF No. 16; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds defendant Jason Lee Roberts agreed to the forfeiture of the property and the imposition of the in personam criminal forfeiture money judgment set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and in compliance with Honeycutt v. United States, __U.S.__, 137 S. Ct. 1626 (2017). Criminal Indictment, ECF No. 16; Bill of Particulars, ECF No. 45; Change of Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the

1

Plea Agreement, the Bill of Particulars, and the Forfeiture Allegation of the Criminal Indictment and the offenses to which defendant Jason Lee Roberts pled guilty.

The following property and money judgment are (1) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1029(a)(3), or a conspiracy to commit such offense; (2) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of Title 18, United States Code, Section 1708, a specified unlawful activity as defined in Title 18, United States Code, Section 1956(c)(7)(D), or a conspiracy to commit such offense; (3) any property constituting, or derived from, proceeds obtained directly or indirectly, as the result of violations of Title 18, United States Code, Section 1029(a)(3); and (4) any personal property used or intended to be used to commit the violations of Title 18, United States Code, Section 1029(a)(3), and are subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C) and (c)(2); and Title 21, United States Code, Section 853(p):

    i.    any and all fraudulent identification documents including, but not limited to at least:

        a) any and all social security cards including, but not limited to at least:

           1. Card No. XXX-XX-8066 in the name of E.C.;

           2. Card No. XXX-XX-1811 in the name of K.G.;

           3. Card No. XXX-XX-7783 in the name of N.M.;

    4. Card No. XXX-XX-8840 in the name of B.M.;

  b) any and all driver's licenses or identification cards including, but not limited to at least:

    1. Nevada identification card in the name of S.S.;

    2. Nevada driver's license in the name of A.B.;

    3. Brazil identification card in the name of G.W.;

    4. Netherlands driver's license in the name of R.D.;

    5. Netherlands driver's license in the name of N.B.;

    6. Nevada driver's license in the name of S.B.;

    7. Nevada driver's license in the name of L.F.;

    8. Nevada driver's license in the name of J.C.;

    9. Nevada driver's license in the name of T.G.;

    10. California driver's license in the name of T.S.;

    11. California driver's license in the name of B.M.;

 ii. any and all fraudulent access devices including, but not limited to at least:

  a) any and all credit or debit cards including, but not limited to at least:

    1. Card No. XXXX-XXXX-XXXX-8335 in the name of B.B.;

    2. Card No. XXXX-XXXX-XXXX-2267 in the name of L.P.;

    3. Card No. XXXX-XXXX-XXXX-0566 in the name of M.C.;

    4. Card No. XXXX-XXXX-XXXX-2103 in the name of D.L.;

    5. Card No. XXXX-XXXX-XXXX-0297 in the name of M.B.;

    6. Card No. XXXX-XXXX-XXXX-7484 in the name of M.S.;

    7. Card No. XXXX-XXXX-XXXX-5331 in the name of N.V.;

8. Card No. XXXX-XXXX-XXXX-5324 in the name of A.M.;

9. Card No. XXXX-XXXX-XXXX-7204 in the name of S.C.;

10. Card No. XXXX-XXXX-XXXX-0170 in the name of B.P.;

11. Card No. XXXX-XXXX-XXXX-4213 in the name of B.P.;

12. Card No. XXXX-XXXX-XXXX-0270 in the name of D.K.;

13. Card No. XXXX-XXXX-XXXX-3278 in the name of L.V.;

14. Card No. XXXX-XXXX-XXXX-2673 in the name of M.C.;

15. Card No. XXXX-XXXX-XXXX-7239 in the name of K.M.;

16. Card No. XXXX-XXXX-XXXX-8031 in the name of J.C.;

17. Card No. XXXX-XXXX-XXXX-5289 in the name of T.F.;

18. Card No. XXXX-XXXX-XXXX-3335 in the name of A.B.;

19. Card No. XXXX-XXXX-XXXX-0615 in the name of A.B.;

20. Card No. XXXX-XXXX-XXXX-5420 in the name of A.B.;

b) any and all notebooks, checks, and papers containing credit or debit card numbers including, but not limited to at least:

21. Card No. XXXX-XXXX-XXXX-1023 in the name of C.D.;

22. Card No. XXXX-XXXXXX-X3001 in the name of S.H.;

23. Card No. XXXX-XXXX-XXXX-5177 in the name of A.P.;

24. Card No. XXXX-XXXX-XXXX-4548 in the name of C.S.;

25. Card No. XXXX-XXXXXX-X4003 in the name of B.A.;

26. Card No. XXXX-XXXXXX-X6002 in the name of A.M.;

27. Card No. XXXX-XXXXXX-X3008 in the name of J.W.;

28. Card No. XXXX-XXXXXX-X1572 in the name of T.A.;

29. Card No. XXXX-XXXXXX-X1871 in the name of S.W.;

30. Card No. XXXX-XXXX-XXXX-9083 in the name of S.P.;

31. Card No. XXXX-XXXX-XXXX-9317 in the name of F.C.;

32. Card No. XXXX-XXXXXX-X1000;

33. Card No. XXXX-XXXX-XXXX-2019;

34. Card No. XXXX-XXXX-XXXX-7415;

35. Card No. XXXX-XXXX-XXXX-7166;

36. Card No. XXXX-XXXX-XXXX-9303;

  c) any and all notebooks, checks, and papers containing bank account numbers including, but not limited to at least:

1. US Bank Account No. XXXXXXXX2273;

2. US Bank Account No. XXXXXXXX8023;

3. USAA Account No. XXXX5735;

4. Wells Fargo Account No. XXXXXX7123;

5. Schools First Credit Union Account No. XXXXXXXX5717;

6. Bank of America Account No. XXXXXXXX0455;

7. Chase Account No. XXXXX0809;

8. Wells Fargo Account No. XXXXXX9898;

9. New York Mellon Account No. XXX2883;

10. Bank of America Account No. XXXXXXXX9980;

11. US Bank Account No. XXXXXXXX3953;

12. US Bank Account No. XXXXXX1433;

13. Wells Fargo Account No. XXXXX8510;

14. USAA Account No. XXXX5735;

15. US Bank Account No. XXXXXXXX5848;

16. Wells Fargo Account No. XXXXXXXXX8115;

17. Chase Account No. XXXXX2645;

18. Bank of Nevada Account No. XXXXXX0674;

19. Bancorp Account No. XXXXXX0231;

20. St. Charles Bank Account No. XXXXXX8768;

21. Wells Fargo Account No. XXXXXX0556;

22. Bank of America Account No. XXXXXX7687;

23. Wells Fargo Account No. XXXXXX5411;

24. Northern Trust Bank Account No. XXXXXX0003;

25. Bank of America Account No. XXXXXX0931;

26. Citibank Account No. XXXX6916;

27. Community Bank Account No. XXXX6556;

28. US Bank Account No. XXXXX0067;

29. Wells Fargo Account No. XXXXXXXXX7143;

30. Meadows Bank Account No. XXXXXXX8817;

31. Bank of America Account No. XXXXXXXX6625;

32. Bank of America Account No. XXXXXXXX9565;

33. Bank of America Account No. XXXXXXXX2797;

34. Eastern Bank Account No. XXXXXX6451;

35. Chase Account No. XXXXX8555;

36. Chase Account No. XXXXX0055;

37. US Bank Account No. XXXXXXXX4269;

38. Wells Fargo Account No. XXXXXX4077; and

iii. any and all stolen mail including, but not limited to at least 100 pieces of mail

(all of which constitutes property)

and an in personam criminal forfeiture money judgment of $2,500, and that the property will not be applied toward the payment of the money judgment.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States recover from Jason Lee Roberts an in personam criminal forfeiture money judgment of $2,500.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of Jason Lee Roberts in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order,

1 | which shall describe the forfeited property, state the time under the applicable
2 | statute when a petition contesting the forfeiture must be filed, and state the name
3 | and contact information for the government attorney to be served with the petition,
4 | pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section
5 | 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to Title 21, United States Code, Section 853(n)(3) and Title 28, United States Code, Section 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

Michael A. Humphreys
Assistant United States Attorney
Daniel D. Hollingsworth
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 30 day of November, 2017.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE