FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 15 2018

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JASON LEE ROBERTS,

Defendant.

Case No. 2:17-cr-00258-APG-GWF

**Final Order of Forfeiture**

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C) and (c)(2); and Title 21, United States Code, Section 853(p) based upon the plea of guilty by defendant Jason Lee Roberts to the criminal offenses, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement, the Bill of Particulars, and the Forfeiture Allegations of the Criminal Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant Jason Lee Roberts pled guilty. Criminal Indictment, ECF No. 16; Bill of Particulars, ECF No. 45; Change of Plea, ECF Nos. 56 and 65; Plea Agreement, ECF Nos. 57 and 66; Preliminary Order of Forfeiture, ECF Nos. 58 and 67.

The in personam criminal forfeiture money judgment amount of $2,500 complies with Honeycutt v. United States, ___U.S.___, 137 S. Ct. 1626 (2017).

1

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 6, 2017, through January 4, 2018, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 85.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described is condemned, forfeited, and vested in the United States of America:

    i.    any and all fraudulent identification documents including, but not limited to at least:

        a.    any and all social security cards including, but not limited to at least:

            1.    Card No. XXX-XX-8066 in the name of E.C.;

            2.    Card No. XXX-XX-1811 in the name of K.G.;

            3.    Card No. XXX-XX-7783 in the name of N.M.;

            4.    Card No. XXX-XX-8840 in the name of B.M.;

        b.    any and all driver's licenses or identification cards including, but not limited to at least:

|     |     |     |                                                              |
| --- | --- | --- | ------------------------------------------------------------ |
| 1   |     | 1.  | Nevada identification card in the name of S.S.;              |
| 2   |     | 2.  | Nevada driver's license in the name of A.B.;                 |
| 3   |     | 3.  | Brazil identification card in the name of G.W.;              |
| 4   |     | 4.  | Netherlands driver's license in the name of R.D.;            |
| 5   |     | 5.  | Netherlands driver's license in the name of N.B.;            |
| 6   |     | 6.  | Nevada driver's license in the name of S.B.;                 |
| 7   |     | 7.  | Nevada driver's license in the name of L.F.;                 |
| 8   |     | 8.  | Nevada driver's license in the name of J.C.;                 |
| 9   |     | 9.  | Nevada driver's license in the name of T.G.;                 |
| 10  |     | 10. | California driver's license in the name of T.S.;             |
| 11  |     | 11. | California driver's license in the name of B.M.;             |

ii. any and all fraudulent access devices including, but not limited to at least:

    a. any and all credit or debit cards including, but not limited to at least:

        1. Card No. XXXX-XXXX-XXXX-8335 in the name of B.B.;

        2. Card No. XXXX-XXXX-XXXX-2267 in the name of L.P.;

        3. Card No. XXXX-XXXX-XXXX-0566 in the name of M.C.;

        4. Card No. XXXX-XXXX-XXXX-2103 in the name of D.L.;

        5. Card No. XXXX-XXXX-XXXX-0297 in the name of M.B.;

        6. Card No. XXXX-XXXX-XXXX-7484 in the name of M.S.;

        7. Card No. XXXX-XXXX-XXXX-5331 in the name of N.V.;

        8. Card No. XXXX-XXXX-XXXX-5324 in the name of A.M.;

|   |   |   |
|---|---|---|
| 1 | 9. | Card No. XXXX-XXXX-XXXX-7204 in the name of S.C.; |
| 2 | 10. | Card No. XXXX-XXXX-XXXX-0170 in the name of B.P.; |
| 3 | 11. | Card No. XXXX-XXXX-XXXX-4213 in the name of B.P.; |
| 4 | 12. | Card No. XXXX-XXXX-XXXX-0270 in the name of D.K.; |
| 5 | 13. | Card No. XXXX-XXXX-XXXX-3278 in the name of L.V.; |
| 6 | 14. | Card No. XXXX-XXXX-XXXX-2673 in the name of M.C.; |
| 7 | 15. | Card No. XXXX-XXXX-XXXX-7239 in the name of K.M.; |
| 8 | 16. | Card No. XXXX-XXXX-XXXX-8031 in the name of J.C.; |
| 9 | 17. | Card No. XXXX-XXXX-XXXX-5289 in the name of T.F.; |
| 10 | 18. | Card No. XXXX-XXXX-XXXX-3335 in the name of A.B.; |
| 11 | 19. | Card No. XXXX-XXXX-XXXX-0615 in the name of A.B.; |
| 12 | 20. | Card No. XXXX-XXXX-XXXX-5420 in the name of A.B.; |

b. any and all notebooks, checks, and papers containing credit or debit card numbers including, but not limited to at least:

1. Card No. XXXX-XXXX-XXXX-1023 in the name of C.D.;
2. Card No. XXXX-XXXXXX-X3001 in the name of S.H.;
3. Card No. XXXX-XXXX-XXXX-5177 in the name of A.P.;
4. Card No. XXXX-XXXX-XXXX-4548 in the name of C.S.;
5. Card No. XXXX-XXXXXX-X4003 in the name of B.A.;
6. Card No. XXXX-XXXXXX-X6002 in the name of A.M.;
7. Card No. XXXX-XXXXXX-X3008 in the name of J.W.;
8. Card No. XXXX-XXXXXX-X1572 in the name of T.A.;
9. Card No. XXXX-XXXXXX-X1871 in the name of S.W.;

10. Card No. XXXX-XXXX-XXXX-9083 in the name of S.P.;
                11. Card No. XXXX-XXXX-XXXX-9317 in the name of F.C.;
                12. Card No. XXXX-XXXXXX-X1000;
                13. Card No. XXXX-XXXX-XXXX-2019;
                14. Card No. XXXX-XXXX-XXXX-7415;
                15. Card No. XXXX-XXXX-XXXX-7166;
                16. Card No. XXXX-XXXX-XXXX-9303;
        c.  any and all notebooks, checks, and papers containing bank account numbers including, but not limited to at least:
                1. US Bank Account No. XXXXXXXX2273;
                2. US Bank Account No. XXXXXXXX8023;
                3. USAA Account No. XXXX5735;
                4. Wells Fargo Account No. XXXXXX7123;
                5. Schools First Credit Union Account No. XXXXXXXX5717;
                6. Bank of America Account No. XXXXXXXX0455;
                7. Chase Account No. XXXXX0809;
                8. Wells Fargo Account No. XXXXXX9898;
                9. New York Mellon Account No. XXX2883;
                10. Bank of America Account No. XXXXXXXX9980;
                11. US Bank Account No. XXXXXXXX3953;
                12. US Bank Account No. XXXXXX1433;
                13. Wells Fargo Account No. XXXXX8510;
                14. USAA Account No. XXXX5735;

15. US Bank Account No. XXXXXXXX5848;

16. Wells Fargo Account No. XXXXXXXX8115;

17. Chase Account No. XXXXX2645;

18. Bank of Nevada Account No. XXXXXX0674;

19. Bancorp Account No. XXXXXX0231;

20. St. Charles Bank Account No. XXXXXX8768;

21. Wells Fargo Account No. XXXXXX0556;

22. Bank of America Account No. XXXXXX7687;

23. Wells Fargo Account No. XXXXXX5411;

24. Northern Trust Bank Account No. XXXXXX0003;

25. Bank of America Account No. XXXXXX0931;

26. Citibank Account No. XXXX6916;

27. Community Bank Account No. XXXX6556;

28. US Bank Account No. XXXXX0067;

29. Wells Fargo Account No. XXXXXXXXX7143;

30. Meadows Bank Account No. XXXXXXX8817;

31. Bank of America Account No. XXXXXXXX6625;

32. Bank of America Account No. XXXXXXXX9565;

33. Bank of America Account No. XXXXXXXX2797;

34. Eastern Bank Account No. XXXXXX6451;

35. Chase Account No. XXXXX8555;

36. Chase Account No. XXXXX0055;

37. US Bank Account No. XXXXXXXX4269;

1             38.    Wells Fargo Account No. XXXXXX4077; and

       iii.    any and all stolen mail including, but not limited to at least 100 pieces of mail;

(all of which constitutes property); and

       that the United States recover from Jason Lee Roberts the in personam criminal forfeiture money judgment of $2,500, and that the property will not be applied toward the payment of the money judgment; and

       the forfeiture of the money judgment and the property is imposed pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 981(a)(1)(C) with Title 28, United States Code, Section 2461(c); Title 18, United States Code, Section 982(a)(2)(B); Title 18, United States Code, Section 1029(c)(1)(C) and (c)(2); Title 21, United States Code, Section 853(p); and Title 21, United States Code, Section 853(n)(7); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED this 15th day of February, 2018.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE